IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Jourey Newell | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| CHILDRENS DENTAL HEALTH ASSOCIATES, LLC | : | No. 2:25-cv-5238 |

ORDER

AND NOW, this  12th  day of  September , 2025 it is hereby

ORDERED that the application of  Anthony Paronich _____, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☒   GRANTED.[1]

☐   DENIED.

_____
MURPHY , J.

---

[1] This Court's Local Civil Rules require attorneys, including those admitted pro hac vice, to complete the registration process for the Court's ECF system.  Instructions and forms are available on the Court website.