# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | |
|---|---|
| **JOUREY NEWELL individually and on behalf of a class of all persons and entities similarly situated** )<br>)<br>)<br>*Plaintiff* )<br>)<br>v. ) Civil Action No. 2:25-cv-05238-JFM<br>)<br>)<br>**Children's Dental Health Associates, LLC** )<br>)<br>*Defendant* | |

## AFFIDAVIT OF SERVICE

I, Emilie Heath, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to CHILDRENS DENTAL HEALTH ASSOCIATES, LLC in Dauphin County, PA on September 12, 2025 at 3:27 pm at 600 N 2nd St, Ste 401, Harrisburg, PA 17101-1071 by leaving the following documents with Mia Murray who as Intake Specialist at CT Corporation System is authorized by appointment or by law to receive service of process for CHILDRENS DENTAL HEALTH ASSOCIATES, LLC.

Summons in a Civil Action, Class Action Complaint

White Female, est. age 25-34, glasses: N, Blonde hair, 120 lbs to 140 lbs, 4' 9" to 5'.
Geolocation of Serve: https://google.com/maps?q=40.263422242,-76.8881119692
Photograph: See Exhibit 1


Total Cost: $90.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in __Berks County__ ,

__PA__ on __9/22/2025__ .

/s/ *Emilie Heath*
_____
Signature
Emilie Heath
+1 (717) 678-2523



Exhibit 1a)