## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOUREY NEWELL individually and on behalf of a class of all persons and entities similarly situated,<br><br>   Plaintiff,<br><br>  v.<br><br>CHILDREN'S DENTAL HEALTH ASSOCIATES, LLC,<br><br>   Defendant. | Civil Action No. 2:25-cv-05238-JFM |

## ENTRY OF APPEARANCE

  Please enter the appearance of Benjamin R. Wilson, Esq. as counsel on behalf of Defendant Children's Dental Health Associates, LLC ("Defendant"), in the above-captioned matter.

Dated: October 3, 2025

               Respectfully Submitted,

               */s/ Benjamin R. Wilson*
               Benjamin R. Wilson, Esq. (ID No. 327118)
               Lindsey C. Cook, Esq. (ID No. 332040)
               Paul J. Bond, Esq. *(pro hac vice forthcoming)*
               HOLLAND & KNIGHT LLP
               1650 Market Street, Suite 3300
               Philadelphia, PA 19103
               Telephone: (215) 252-9600
               Facsimile: (215) 867-6070
               Email: Benjamin.Wilson@hklaw.com
                  Lindsey.Cook@hklaw.com
                  Paul.Bond@hklaw.com

               *Attorneys for Defendant Children's Dental Health Associates, LLC*

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 3, 2025, the foregoing document was filed using the United States District Court for the Eastern District of Pennsylvania ECF system, through which this document is available for viewing and downloading, causing a notice of electronic filing to be served upon all counsel of record.

                                            */s/ Benjamin R. Wilson*
                                            Benjamin R. Wilson (ID No. 327118)