# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOUREY NEWELL, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br>v.<br><br>CHILDREN'S DENTAL HEALTH ASSOCIATES, LLC<br><br>    Defendant. | Civil Action No. 2:25-cv-05238-JFM |

## STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

It is hereby stipulated and agreed by and between undersigned counsel, pursuant to Federal Rule of Civil Procedure 6(b) and this Court's Policies and Procedures, that:

1. Defendant Children's Dental Health Associates, LLC's ("Defendant") time to respond to the Complaint, filed on September 11, 2025 and served upon Defendant on September 12, 2025, is extended from October 3, 2025 to November 3, 2025.

2. Good cause exists for the agreed extension because counsel for Defendant was only recently retained and therefore needs additional time to investigate the claims and assess the issues to formulate a meaningful response to the Complaint.

3. Good cause also exists for filing this stipulation within seven days of Defendant's deadline to respond to the Complaint because counsel for Defendant was retained on this matter less than one week ago at the end of the day on Friday, September 26, 2025. Counsel for Defendant started working on this matter on Monday, September 29 and received an extension from Plaintiff's counsel on Tuesday, September 30. Counsel for Defendant acknowledges this Court's Policies and Procedures on extensions of time and intends, to the extent possible, to file any further requests for extension of time at least seven days before the relevant deadline.

4.  This is the first extension requested by either party in the lawsuit, and Plaintiff consents to such extension.

Respectfully submitted this 3rd day of October, 2025.

| | |
|---|---|
| Dated: October 3, 2025 | Respectfully Submitted, |
| /s/ Jeremy C. Jackson | /s/ Benjamin R. Wilson |
| Jeremy C. Jackson, Esq. (ID No. 321557) | Benjamin R. Wilson, Esq. (ID No. 327118) |
| BOWER LAW ASSOCUATES, PLLC | Lindsey C. Cook, Esq. (ID No. 332040) |
| 403 S. Allen Street, Suite 210 | Paul J. Bond, Esq. *(pro hac vice forthcoming)* |
| State College, PA 16801 | HOLLAND & KNIGHT LLP |
| Tel: (814) 234-26206 | 1650 Market Street, Suite 3300 |
| Email: jjackson@bower-law.com | Philadelphia, PA 19103 |
| | Telephone: (215) 252-9600 |
| Anthony I. Paronich *(subject to pro hac vice)* | Facsimile: (215) 867-6070 |
| PARONICH LAW, P.C. | Email: Benjamin.Wilson@hklaw.com |
| 350 Lincoln Street, Suite 2400 | Lindsey.Cook@hklaw.com |
| Hingman, MA 02043 | Paul.Bond@hklaw.com |
| Tel: (508) 221-1510 | |
| Email: anthony@paronichlaw.com | *Attorneys for Defendant Children's Dental Health Associates, LLC* |
| *Attorneys Plaintiff Jourey Newell* | |

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 3, 2025, the foregoing document was filed using the United States District Court for the Eastern District of Pennsylvania ECF system, through which this document is available for viewing and downloading, causing a notice of electronic filing to be served upon all counsel of record.

                                                   */s/ Benjamin R. Wilson*
                                                   Benjamin R. Wilson (ID No. 327118)