**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JOUREY NEWELL individually and on behalf of a class of all persons and entities similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHILDREN'S DENTAL HEALTH ASSOCIATES, LLC,<br><br>　　　　Defendant. | Civil Action No. 2:25-cv-05238-JFM |

**ENTRY OF APPEARANCE**

　　Please enter the appearance of Jill H. Fertel, Esq. as counsel on behalf of Defendant Children's Dental Health Associates, LLC ("Defendant"), in the above-captioned matter.

Dated: October 22, 2025

Respectfully submitted,

/s/*Jill H. Fertel*_____
Jill H. Fertel, Esq. (ID No. 205982)
Cipriani & Werner, PC
450 Sentry Parkway, Suite 200
Blue Bell, PA 19422
(610) 567-0700
jfertel@c-wlaw.com

*Attorney for Defendant Children's Dental Health Associates, LLC*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 22, 2025, the foregoing document was filed using the United States District Court for the Eastern District of Pennsylvania ECF system, through which this document is available for viewing and downloading, causing a notice of electronic filing to be served upon all counsel of record.

      /s/*Jill H. Fertel*_____

      Jill H. Fertel, Esq. (ID No.205982)