UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOUREY NEWELL individually and on behalf of a class of all persons and entities similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHILDREN'S DENTAL HEALTH ASSOCIATES, LLC,<br><br>　　　　Defendant. | Civil Action No. 2:25-cv-05238-JFM |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdrawal the appearance of Lindsey C. Cook, Esq. as counsel on behalf of Defendant Children's Dental Health Associates, LLC ("Defendant"), in the above-captioned matter.

Dated: October 22, 2025

Respectfully Submitted,

/s/ Lindsey C. Cook
Benjamin R. Wilson, Esq. (ID No. 327118)
Lindsey C. Cook, Esq. (ID No. 332040)
Paul J. Bond, Esq. *(pro hac vice forthcoming)*
HOLLAND & KNIGHT LLP
1650 Market Street, Suite 3300
Philadelphia, PA 19103
Telephone: (215) 252-9600
Facsimile: (215) 867-6070
Email: Benjamin.Wilson@hklaw.com
　　　　Lindsey.Cook@hklaw.com
　　　　Paul.Bond@hklaw.com

*Attorney for Defendant Children's Dental Health Associates, LLC*

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 22, 2025, the foregoing document was filed using the United States District Court for the Eastern District of Pennsylvania ECF system, through which this document is available for viewing and downloading, causing a notice of electronic filing to be served upon all counsel of record.

                                      */s/ Lindsey C. Cook*
                                      Lindsey C. Cook, Esq. (ID No. 332040)