### UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOUREY NEWELL, individually and on behalf of a class of all persons and entities similarly situated,<br>       Plaintiff,<br><br>v.<br><br>CHILDREN'S DENTAL HEALTH ASSOCIATES, LLC,<br>       Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Case No. 2:25-cv-05238-JFM<br>**STIPULATION** |

### **STIPULATION FOR EXTENSION OF TIME**

The Parties, Plaintiff Jourey Newell ("Plaintiff") and Defendant Children's Dental Health Associates, LLC ("CDHA") hereby stipulate that CDHA's response to Plaintiff's Complaint shall be extended by two (2) days upon approval of the Court and for good cause shown and in support thereof submit as follows:

1. Plaintiff initiated this putative class action on September 11, 2025;

2. Counsel for CHDA entered their appearance on October 24, 2025;

3. CDHA's deadline to respond is November 3, 2025;

4. CDHA intends to respond to Plaintiff's Complaint by way of a motion to dismiss pursuant to Rule 12 of the Federal Rules of Civil Procedure;

5. In accordance with this Honorable Court's Policies and Procedures, the Parties have scheduled a meet and conferral to discuss the substance of the motion and the Parties' respective positions on whether discovery should take place while the motion is pending;

6. Due to the Parties' schedules, that meet and conferral is scheduled for November 4, 2025;

7. The Parties have conferred and agreed to a modest two-day extension in order to facilitate a meaningful conference;

8. Rule 6(b) of the Federal Rules of Civil Procedure permit the Court broad discretion to extend time for the response to a complaint;

9. The parties submit that there is good cause to request this brief two-day extension;

10. This modest extension will not cause undue delay to these proceedings or prejudice any party;

11. No scheduling order has been entered as of the date of this writing.

| | |
|---|---|
| Plaintiff,<br>By his Attorneys, | Defendant,<br>By its attorneys, |
| /s/ Jeremy C. Jackson<br>Jeremy C. Jackson<br>Bower Law Associates, PLLC<br>403 S. Allen Street<br>Suite 210<br>State College, PA 16801<br>(814) 234-2626 (office)<br>jjackson@bower-law.com | /s/ Jill H. Fertel<br>Jill H. Fertel, Esq.<br><br>/s/ Sarah K. Adams<br>Sarah K. Adams, Esq.<br>Cipriani & Werner PC<br>450 Sentry Parkway, Suite 200<br>Blue Bell, PA 19422<br>(610) 567-0700 (office)<br>jfertel@c-wlaw.com<br>sadams@c-wlaw.com |
| /s/Anthony Paronich<br>Paronich Law, P.C.<br>350 Lincoln Street<br>Suite 2400<br>Hingham, MA 02043<br>(617) 485-0018 (office)<br>(508) 221-1510 (fax)<br>anthony@paronichlaw.com | |
| Dated: November 3, 2025 | Dated: November 3, 2025 |