# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOUREY NEWELL, individually and on behalf of a class of all persons and entities similarly situated,<br>        Plaintiff,<br><br>v.<br><br>CHILDREN'S DENTAL HEALTH ASSOCIATES, LLC,<br>        Defendant. | Case No. 2:25-cv-05238-JFM<br>**STIPULATION** |

## [PROPOSED] ORDER GRANTING STIPULATION
## FOR EXTENSION OF TIME TO FILE

**AND NOW**, on this _____ day of _____, 2025, upon consideration of Defendant, Children 's Dental Health Associates, LLC's Stipulation for Extension of Time, it is hereby **ORDERED** and **DECREED** that the deadline for Defendant, Children's Dental Health Associates, LLC to respond to Plaintiff's Complaint shall be extended by 2 days, until November 5, 2025.

**SO ORDERED.**

**BY THE COURT:**_____