UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOUREY NEWELL, individually and on behalf of a class of all persons and entities similarly situated,<br>        Plaintiff,<br><br>v.<br><br>CHILDREN'S DENTAL HEALTH ASSOCIATES, LLC,<br>        Defendant. | :<br>:<br>:<br>:<br>:<br>:  Case No. 2:25-cv-05238-JFM<br>:  **STIPULATION**<br>:<br>:<br>:<br>: |

**ORDER GRANTING STIPULATION**
**FOR EXTENSION OF TIME TO FILE**

**AND NOW**, on this 3rd day of November, 2025, upon consideration of Defendant, Children 's Dental Health Associates, LLC's Stipulation for Extension of Time, it is hereby **ORDERED** and **DECREED** that the deadline for Defendant, Children's Dental Health Associates, LLC to respond to Plaintiff's Complaint shall be extended by 2 days, until November 5, 2025.

SO ORDERED.
BY THE COURT: _____
MURPHY, J.