IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOUREY NEWELL, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHILDREN'S DENTAL HEALTH ASSOCIATES, LLC,<br><br>Defendant. | :<br>:<br>:<br>: Case No. 2:25-cv-05238-JFM<br>:<br>: CLASS ACTION<br>:<br>:<br>: MOTION TO DISMISS<br>: CLASS ACTION COMPLAINT<br>:<br>:<br>:<br>: |

**DEFENDANT CHILDREN'S DENTAL HEALTH ASSOCIATES, LLC'S
MOTION TO DISMISS PLAINTIFF JOUREY NEWELL'S
CLASS ACTION COMPLAINT**

Defendant Children's Dental Health Associates, LLC ("CDHA") by and through its undersigned counsel, Cipriani & Werner, P.C., respectfully moves this Honorable Court to dismiss the Class Action Complaint of Plaintiff, Jourey Newell ("Plaintiff"), pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.

A brief in support of this Motion is attached hereto and incorporated herein by reference.

Respectfully submitted,

**CIPRIANI & WERNER, P.C.**

/s/ *Jill H. Fertel*
Jill H. Fertel, Esquire
*Attorneys for Defendant*

Dated: November 5, 2025