IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOUREY NEWELL, individually and on behalf of a class of all persons and entities similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>CHILDREN'S DENTAL HEALTH ASSOCIATES, LLC,<br><br>　　　　　　Defendant. | Case No. 2:25-cv-05238-JFM<br><br>CLASS ACTION |

**PROPOSED ORDER**

**AND NOW**, on this _____ day of _____, 2025, upon consideration of Defendant Children's Dental Health Associates, LLC's Motion to Dismiss Plaintiff Jourey Newell's Class Action Complaint, and any response thereto, it is hereby **ORDERED** and **DECREED** that the Complaint is **DISMISSED WITH PREJUDICE**.

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　J.