IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOUREY NEWELL, individually and on behalf of a class of all persons and entities similarly situated, | : <br> : <br> : <br> : Case No. 2:25-cv-05238-JFM <br> : |
| Plaintiff, | : CLASS ACTION |
| v. | : |
| | : CERTIFICATE OF SERVICE FOR |
| CHILDREN'S DENTAL HEALTH ASSOCIATES, LLC, | : MOTION TO DISMISS <br> : CLASS ACTION COMPLAINT |
| Defendant. | : <br> : |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 5th day of November, 2025, a true and correct copy of the Defendant's Motion To Dismiss Class Action Complaint was filed with the Clerk of Court via the Court's CM/ECF system for electronic service on all counsel of record.

                                                Respectfully submitted,

                                                **CIPRIANI & WERNER, P.C.**

                                                <u>/s/ *Jill H. Fertel*</u>
                                                Jill H. Fertel, Esquire
                                                *Attorneys for Defendant*

Dated: <u>November 5, 2025</u>