IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| JOUREY NEWELL, individually and on behalf of a class of all persons and entities similarly situated, : : : : : | Case No. 2:25-cv-05238-JFM |
| Plaintiff, : | CLASS ACTION |
| v. : : | |
| CHILDREN'S DENTAL HEALTH ASSOCIATES, LLC, : : : | BRIEF IN SUPPORT OF MOTION TO DISMISS CLASS ACTION COMPLAINT |
| Defendant. : : | |

## CERTIFICATION REGARDING MOTION TO DISMISS

Pursuant to this Honorable Court's Policies and Procedures, I hereby certify that counsel for Defendant Children's Dental Health Associates, LLC ("CDHA") has conferred with counsel for Plaintiff Jourey Newell ("Plaintiff") regarding the relief sought in its Motion in a good faith effort to resolve any issues raised under Rule 12 of the Federal Rules of Civil Procedure, but the Parties have been unable to resolve such issues.

I further certify that the Parties have conferred regarding discovery while the subject Motion is pending before the Court and that the position of the Parties is as follows:

CDHA submits that discovery should be stayed pending resolution of the Motion to Dismiss.

Plaintiff is amenable to a stay of discovery provided adequate confirmation that certain relevant electronically stored information has been preserved.

Counsel for CDHA will continue to confer with Plaintiff's counsel and will provide confirmation of preservation. Counsel for CDHA will provide an updated report on the Parties' efforts to reach an agreement within seven (7) days of today's date.

                                                **CIPRIANI & WERNER, P.C.**

                                                /s/ *Jill H. Fertel*
                                                Jill H. Fertel, Esquire
                                                *Attorneys for Defendant*

Dated: November 5, 2025