IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOUREY NEWELL, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff<br><br>vs.<br><br>CHILDREN'S DENTAL HEALTH ASSOCIATES, LLC<br><br>Defendant. | Case No. 2:25-cv-05238-JFM |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME**

Plaintiff, Jourey Newell ("Plaintiff"), by and through undersigned counsel, respectfully moves this Honorable Court for an extension of time to respond to Defendant Children's Dental Health Associates, LLC's ("CDHA") Motion to Dismiss Class Action Complaint (ECF No. 18-1), and in support states as follows:

1. Defendant filed its Motion to Dismiss Class Action Complaint and supporting brief on November 5, 2025.

2. Pursuant to Eastern District of Pennsylvania Local Civil Rule 7.1(c), Plaintiff's response to the Motion to Dismiss is currently due fourteen (14) days after service of the motion and supporting brief. Under the current schedule, Plaintiff's response is due on November 19, 2025.

3. In light of the issues raised in Defendant's Motion to Dismiss, including standing, the application of the Telephone Consumer Protection Act to the alleged text messages, and class issues, Plaintiff respectfully requests an enlargement of the response deadline.

4.  Specifically, Plaintiff requests (a) a twenty-one (21) day extension of the deadline established by Local Civil Rule 7.1(c) to December 10, 2025.

5.  Good cause exists for the requested extension, including (a) the need to evaluate and respond to the legal arguments raised in Defendant's brief, (b) counsel's existing litigation and professional commitments in other matters, including other TCPA actions, and (c) the need to ensure that Plaintiff's response fully addresses the factual and legal issues raised by Defendant's motion.

6.  This request is made pursuant to Federal Rule of Civil Procedure 6(b), and Local Civil Rules 7.1 and 7.4(b)(2), which provide that stipulations extending time are not effective until approved by the Court.

7.  Counsel for Plaintiff has conferred with counsel for Defendant regarding the relief requested herein. Defendant does not oppose the requested extension.

8.  No prior extensions of time have been requested or granted with respect to Plaintiff's deadline to respond to Defendant's Motion to Dismiss.

WHEREFORE, Plaintiff respectfully requests that the Court extend Plaintiff's deadline to respond to December 10, 2025.

RESPECTFULLY SUBMITTED AND DATED this November 14, 2025.

> By: */s/ Anthony Paronich*
> Anthony I. Paronich, *Pro Hac Vice*
> Paronich Law, P.C.
> 350 Lincoln Street, Suite 2400
> Hingham, MA 02043
> (508) 221-1510
> anthony@paronichlaw.com