IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOURNEY NEWELL,** *individually and on behalf of a class of all persons and entities similarly situated* | : : : : | **CIVIL ACTION** |
| v. | : : | NO.  25-5238 |
| **CHILDREN'S DENTAL HEALTH ASSOCIATES, LLC** | : : | |

# ORDER

**AND NOW**, this 17th day of November 2025, upon considering plaintiff's unopposed motion for an extension of time (DI 19) to respond to defendant's motion to dismiss (DI 18), it is **ORDERED** plaintiff's motion (DI 19) is **GRANTED** and plaintiff shall respond to defendant's motion (DI 18) no later than **December 10, 2025**.

**MURPHY, J.**