IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOUREY NEWELL,** *individually and on behalf of a class of all persons and entities similarly situated* | : | **CIVIL ACTION** |
| | : | |
| | : | |
| | : | |
| **v.** | : | **NO.  25-5238** |
| | : | |
| **CHILDREN'S DENTAL HEALTH ASSOCIATES, LLC** | : | |
| | : | |

## ORDER

**AND NOW**, this 6th day of April 2026, upon considering defendant's motion to dismiss (DI 18), plaintiff's opposition (DI 21), defendant' reply (DI 22), plaintiff's notice of supplemental authority (DI 23), defendant's notice of supplemental authority (DI 24), and for reasons in the accompanying memorandum, it is **ORDERED** defendant's motion to dismiss (DI 18) is **GRANTED in part** and **DENIED in part**.  The case may proceed, but we agree that plaintiff has not stated a claim for injunctive relief.

_____
**MURPHY, J.**