IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOUREY NEWELL**, individually and on behalf of a class of all persons and entities similarly situated, <br><br> Plaintiff, <br> v. <br><br> **CHILDREN'S DENTAL HEALTH ASSOCIATES, LLC**, <br><br> Defendant. | Case No. 2:25-cv-05238-JFM <br><br> CLASS ACTION |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 13th day of May, 2026, a true and correct copy of the Defendant's Initial Disclosures Pursuant to FRCP 26(a)(1) was filed with the Clerk of Court via the Court's CM/ECF system for electronic service on all counsel of record.

Dated: May 13, 2026

Respectfully submitted,

*/s/ Jill H. Fertel*
Jill H. Fertel, Esquire
Sarah K. Adams, Esquire
CIPRIANI & WERNER, P.C.
Three Valley Square, Suite 305
512 E. Township Line Rd
Blue Bell, PA 19422
Telephone: (610) 567-0700
Facsimile: (610) 567-0712
jfertel@c-wlaw.com
sadams@c-wlaw.com

*Counsel for Defendant*