**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOUREY NEWELL,** *individually and on* *behalf of a class of all persons and* *entities similarly situated* | : | **CIVIL ACTION** |
| | : | |
| | : | |
| | : | |
| **v.** | : | **NO. 25-5238** |
| | : | |
| **CHILDREN'S DENTAL HEALTH** | : | |
| **ASSOCIATES, LLC** | : | |

## ORDER

**AND NOW**, this 28th day of May 2026, following our April 28, 2026 and May 19, 2026 orders (DI 27, 32) beginning discovery and today's Initial Pretrial Videoconference, it is **ORDERED**:

1.    The deadline to amend the pleadings to add claims or parties is **September 8, 2026**.

2.    All fact/expert discovery shall be completed no later than **January 25, 2027**.

3.    Affirmative expert reports shall be served no later than **February 22, 2027**. Responsive expert reports, if any, shall be served no later than **March 29, 2027**. Expert depositions, if any, shall be concluded no later than **April 5, 2027**.

4.    Any party expecting to offer opinion testimony from lay witnesses pursuant to Federal Rule of Evidence 701 with respect to the issues of liability and damages shall, at the time required for submission of information and/or reports for expert witnesses on liability and damages set forth in the preceding paragraph, serve opposing parties with concise details and/or documents covering the lay opinions of the Rule 701 witnesses, including the identity of each witness offering the expert opinion, the substance and the basis for each opinion.

5.    Motions for summary judgment and *Daubert* motions shall be filed no later

than **June 4, 2027**. Responses shall be filed no later than **June 18, 2027**.  Motions for summary judgment and responses shall be filed in the form prescribed in Judge Murphy's Scheduling and Motion Policies and Procedures.[1]  If no summary judgment motion is filed by the deadline, then within 2 days of the deadline, plaintiff shall file a notice that the case is ready for trial.

6.      Further dates will be scheduled as needed, at a later time.

7.      Counsel shall follow Judge Murphy's Policies and Procedures which can be found at www.paed.uscourts.gov.

MURPHY, J.

---

[1] Counsel shall review Judge Murphy's summary judgment procedures in section 9 of his Policies and Procedures.

2