**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOUREY NEWELL,** ***individually and on behalf of a class of all persons and entities similarly situated*** | : | **CIVIL ACTION** |
| **v.** | : | **NO. 25-5238** |
| **CHILDREN'S DENTAL HEALTH ASSOCIATES, LLC** | : | |

# ORDER

**AND NOW**, this 12th day of November 2026, upon considering defendant's Stipulation *special protective order* (DI 36), it is **ORDERED** that the Stipulation *special protective order* (DI 36) is **NOT APPROVED**.[1]

**MURPHY, J.**

[1] The stipulated protective order is inconsistent with our policies and procedures on stipulated discovery protective orders.